**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Marie Popa, | No. CV-14-2681-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit awarding Popa benefits and this Court's award of fees under the Equal Access to Justice Act,

**IT IS THEREFORE ORDERED** that Tina Marie Popa's claim for disability is remanded to the Commissioner of the Social Security Administration for an award of benefits.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

Dated this 30th day of April, 2018.

David K. Duncan
United States Magistrate Judge